IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff-Respondent,

vs.                                        CIVIL NO. 07-372 MCA/LFG
                                            CRIM. NO. 03-2486 MCA

GERARDO CORCHADO,

        Defendant-Movant.

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS
## AND RECOMMENDED DISPOSITION
## AND DISMISSING ACTION WITH PREJUDICE

      THIS MATTER is before the Court on the Magistrate Judge's Findings and Recommended Disposition [Doc. 14], filed July 17, 2007. Defendant-Movant Gerardo Corchado did not file objections and the deadline for filing objections has passed. The Court accepts the proposed findings and recommended disposition.

      IT IS HEREBY ORDERED that the proposed findings and recommended disposition of the United States Magistrate Judge are adopted by the Court.

      IT IS FURTHER ORDERED that the Motion to Vacate, Set Aside or Correct Sentence is denied and that the case is dismissed with prejudice.

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE